**FILED**

**MAY 20 2020**

**CLERK U.S. DISTRICT COURT**
**WEST. DIST. OF PENNSYLVANIA**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 20-94 |
| | )   **UNDER SEAL** |
| JUSTIN SEAN JOHNSON | ) |
| a/k/a TDS | ) |
| a/k/a DS | ) |

ORDER

AND NOW, to wit, this 20th day of May, 2020, upon consideration of the Motion to Seal Indictment and Arrest Warrant, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in this case and the Arrest Warrant issued pursuant to the Indictment, together with the Motion to Seal and this Order, are hereby SEALED until further Order of Court and no person shall disclose the return of the Indictment except when necessary for the issuance and execution of the Arrest Warrant.

*Maureen P. Kelly*
UNITED STATES MAGISTRATE JUDGE

cc: Assistant United States Attorney