IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-94 |
| | ) | **UNDER SEAL** |
| JUSTIN SEAN JOHNSON | ) | |
| a/k/a TDS | ) | |
| a/k/a DS | ) | |

CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS

I hereby certify that I have been notified by the United States Magistrate Judge that all pretrial motions must be filed within fourteen (14) days of Arraignment unless the Court extends the time upon written application made within said fourteen (14) day period.

_____
Date

_____
Attorney for Defendant
JUSTIN SEAN JOHNSON