IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          Criminal No.        20-94
                                  )          **UNDER SEAL**
JUSTIN SEAN JOHNSON               )
a/k/a TDS                         )
a/k/a DS                          )

<u>ARRAIGNMENT PLEA</u>

Defendant Justin Sean Johnson

being arraigned, pleads _____

in open Court this _____ day of

_____ , 2020.


_____
(Defendant's Signature)


_____
(Attorney for Defendant)