CRIMINAL CASE INFORMATION SHEET
**UNDER SEAL**

20-94

Pittsburgh __X__     Erie ____     Johnstown ____

Related to No.  15-141, 15-142, 15-143, 15-144, 17-65     Judge  Hornak

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. _X_ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name:  Justin Sean Johnson

Is Indictment waived:    ____ Yes    _X_ No

Pretrial Diversion:    ____ Yes    _X_ No

Juvenile proceeding:    ____ Yes    _X_ No

Defendant is:    _X_ Male    ____ Female

Superseding Indictment or Information    ____ Yes    _X_ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismiss on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred:  Allegheny

Previous proceedings before Magistrate Judge: _____

Case No. : 

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant:            ____ is in custody        _X_ is not in custody

Name of Institution:           _____

Custody is on:        ____ this charge       ____ another charge

                      ____ another conviction

                      ____ State              ____ Federal

Detainer filed:       ____ yes                _X_ no

Date detainer filed:           _____

Total defendants:              1

Total counts:                  61

Data below applies to defendant No.:   1

Defendant's name:              Justin Sean Johnson

| COUNTS | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy | X |
| 2-38 | 18 U.S.C. § 1343 | Wire Fraud | X |
| 39-43 | 18 U.S.C. §§ 1028A(a)(1) and 2 | Aggravated Identity Theft | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: _____MAY 20 2020_____

GREGORY C. MELUCCI
Assistant U.S. Attorney
PA ID No. 56777