IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 20-94 |
| | ) **UNDER SEAL** |
| JUSTIN SEAN JOHNSON | ) |
| a/k/a TDS | ) |
| a/k/a DS | ) |

FILED
MAY 20 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Gregory C. Melucci, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that the Arrest Warrant be issued for the apprehension of the above-named defendant, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with 18 U.S.C. §§ 2, 371, 1028A(a)(1) and 1343.

Recommended bond: Detention

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: _____
GREGORY C. MELUCCI
Assistant U.S. Attorney
PA ID No. 56777