IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 20-94 |
| | ) **UNDER SEAL** |
| JUSTIN SEAN JOHNSON | ) |
| a/k/a TDS | ) |
| a/k/a DS | ) |

FILED
MAY 20 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## ORDER

AND NOW, to wit, this 20th day of May, 2020, upon consideration of the Motion for Arrest Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall be issued for the apprehension of the above-named defendant.

Bond shall be set by the United States Magistrate Judge.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Assistant United States Attorney