IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                                          Criminal No. 20-94

JUSTIN SEAN JOHNSON
a/k/a TDS
a/k/a DS

MOTION TO UNSEAL INDICTMENT
AND ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United

States Attorney for the Western District of Pennsylvania, and Gregory C. Melucci, Assistant

United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal

Rules of Criminal Procedure, respectfully moves the Court to issue an Order unsealing the

indictment returned in this case and the Arrest Warrant issued pursuant to said indictment.  In

further support of this Motion, the United States avers as follows:

1.      On May 20, 2020, an indictment was returned by the grand jury charging the above-

named defendant with violating Title 18, United States Code, Sections 18 U.S.C. §§ 2, 371,

1028A(a)(1) and 1343. An Arrest Warrant was issued pursuant to said indictment.

2.      On May 20, 2020, this Court issued an Order sealing the aforesaid indictment and

Arrest Warrant, together with the Motion to Seal, until further Order of Court.

3.      On June 17, 2020, the defendant was apprehended and taken into custody.

4.      Based upon the foregoing, the United States believes and therefore avers that it is

in the interest of justice that the indictment returned in this case and Arrest Warrant issued thereby,

now be unsealed.

WHEREFORE, the United States of America respectfully requests that this Court issue an

Order unsealing the indictment returned in this case and the Arrest Warrant issued pursuant to the

indictment.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By:     */s/ Gregory C. Melucci*
        GREGORY C. MELUCCI
        Assistant U.S. Attorney
        PA ID No. 56777