UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                      Case No. 20-30205
                                        Origination No. 2:20-cr-00094

**JUSTIN SEAN JOHNSON,**

    Defendant.
_____/

### ORDER TRANSFERRING DEFENDANT TO ANSWER TO CHARGES PENDING IN ANOTHER DISTRICT AND COMMITMENT TO THAT DISTRICT

    This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that **JUSTIN SEAN JOHNSON** be held to answer to the charges pending against him in the **Western District of Pennsylvania in the case of United States v. JUSTIN SEAN JOHNSON.**

    Defendant has been ordered detained pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.) Accordingly, it is also ordered that the United States Marshals Service take custody of defendant and transport him, together with a certified copy of this order and commitment, to the **Western District of Pennsylvania** and

deliver defendant to the United States Marshals for that district or to some other officer authorized to receive defendant.

                                            s/Anthony P. Patti
                                            ANTHONY P. PATTI
                                            United States Magistrate Judge

Entered: June 18, 2020

---

## RETURN

This commitment was received and executed as follows:

_____
Date Commitment Order Received      Place of Commitment      Date Defendant Committed


_____
Date                          United States Marshal   (By) Deputy U.S. Marshal