CLOSED

# U.S. District Court
# Eastern District of Michigan (Detroit)
# CRIMINAL DOCKET FOR CASE #: 2:20−mj−30205−DUTY−1

| | |
|---|---|
| Case title: United States of America v. Johnson | Date Filed: 06/17/2020 |
| Other court case number: 20−94 Western District of Pennsylvania | Date Terminated: 06/22/2020 |

Assigned to: Magistrate Judge Unassigned

**Defendant (1)**

**Justin Sean Johnson**
*TERMINATED: 06/18/2020*

represented by **Federal Community Defender**
Federal Community Defender
613 Abbott
5th Floor
Detroit, MI 48226
313−967−5555
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Sworn*

**Benton C. Martin**
Federal Defender Office
613 Abbott Street
Detroit, MI 48226
313−967−5832
Email: benton_martin@fd.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Sworn*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5(c)(3) from Western District of Pennsylvania | |

**Plaintiff**

**United States of America**   represented by   **C. Barrington Wilkins**
U.S. Department of Justice

211 W. Fort Street  
Suite 2001  
Detroit, MI 48226–3220  
313–226–9621  
Fax: 313–226–2372  
Email: barrington.wilkins@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: U.S. Attorney*  
*Bar Status: US Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2020 | 1 | PETITION for Transfer under Rule 5(c)(3) by United States of America as to Justin Sean Johnson (1). (LHos) (Entered: 06/17/2020) |
| 06/17/2020 | | Minute Entry for proceedings before Magistrate Judge Anthony P. Patti: Initial Appearance in Rule 5(c)(3) Proceedings as to Justin Sean Johnson held on 6/17/2020. **Detention Hearing set for 6/18/2020 01:00 PM** Disposition: Defendant temporarily detained. (Court Reporter: Darlene May) (Defendant Attorney: Leon Parker) (AUSA: Barrington Wilkins) (AFla) (Entered: 06/17/2020) |
| 06/17/2020 | | Minute Entry for proceedings before Magistrate Judge Anthony P. Patti: Removal Hearing as to Justin Sean Johnson not held on 6/17/2020. Disposition: Waiver placed on record – Signed Waiver to be submitted to the Court. (Court Reporter: Darlene May) (Defendant Attorney: Leon Parker) (AUSA: Barrington Wilkins) (AFla) (Entered: 06/17/2020) |
| 06/17/2020 | 2 | ORDER APPOINTING FEDERAL COMMUNITY DEFENDER as to Justin Sean Johnson. Signed by Magistrate Judge Anthony P. Patti. (SOso) (Entered: 06/17/2020) |
| 06/17/2020 | 3 | ORDER SCHEDULING A DETENTION HEARING AND FOR TEMPORARY DETENTION as to Justin Sean Johnson Signed by Magistrate Judge Anthony P. Patti. (SOso) (Entered: 06/17/2020) |
| 06/18/2020 | 4 | NOTICE OF ATTORNEY APPEARANCE: Benton C. Martin appearing for Justin Sean Johnson (Martin, Benton) (Entered: 06/18/2020) |
| 06/18/2020 | | Minute Entry for proceedings before Magistrate Judge Anthony P. Patti: Detention Hearing as to Justin Sean Johnson held on 6/18/2020. Disposition: Defendant ordered detained. (Court Reporter: Digitally Recorded) (Defendant Attorney: Benton Martin) (AUSA: Barrington Wilkins) (AFla) (Entered: 06/18/2020) |
| 06/18/2020 | 5 | 🔊 Public Audio File of Detention Hearing as to Justin Sean Johnson held on 6/18/2020 before Magistrate Judge Anthony P. Patti. AUDIO FILE SIZE (24.3 MB) (NAhm) (Entered: 06/22/2020) |
| 06/18/2020 | 6 | ORDER OF DETENTION PENDING TRIAL as to Justin Sean Johnson Signed by Magistrate Judge Anthony P. Patti. (NAhm) (Entered: 06/22/2020) |
| 06/18/2020 | 7 | ORDER TRANSFERRING DEFENDANT to Answer Charges Pending in the Western District of Pennsylvania and Commitment to that District as to Justin Sean Johnson. Signed by Magistrate Judge Anthony P. Patti. (NAhm) (Entered: 06/22/2020) |
| 06/22/2020 | | TEXT–ONLY NOTICE to Western District of Pennsylvania of Transfer as to Justin Sean Johnson. Your case number is: 20–94. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text–only entries. Please note the following documents: Removal Hearing, 7 Transferring Defendant to Answer Charges, Detention Hearing, 6 Order of Detention Pending Trial, Initial Appearance – Rule 5(c)(3), 1 Rule 5(c)(3) Petition for Transfer Proceedings, 2 Order Appointing Federal Community Defender, 5 Audio File Upload (If you require sealed documents or certified copies, please send a request to InterDistrictTransfer_mied@mied.uscourts.gov. If you require a defendant's payment history, please send a request to financial@mied.uscourts.gov.) (LHos) (Entered: 06/22/2020) |