IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 20-94 |
| v. | ) Judge Mark R. Hornak |
| | ) Magistrate Judge Lisa Lenihan |
| JUSTIN SEAN JOHNSON | ) |

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: **NICOLA HENRY-TAYLOR**   AUSA: **GREGORY MELUCCI**

1. Date of arraignment: **10/9/2020**

2. Defendant is:   **X**  incarcerated.
                   ___ on bond.

3. Defendant entered a plea of **NOT GUILTY**.

4. The parties were advised that all pretrial motions must be filed within fourteen (14) days.

5. A Rule 16 conference:   ___ has been held   **X** has not been held.

6. Discovery is:   ___ completed   **X** not completed.

7. Defendant has requested to be tried by: **X** Jury   ___ non-Jury.

8. All parties have been advised that the matter:
   ___ has been scheduled for trial for _____.
   ___ has not been scheduled for trial.
   **X** has not been scheduled for trial, but will be notified.

9. Estimated trial length for: **Gov't: 2 weeks   Deft: 1 week**

10. Oral motion made for extension of Pretrial Motions? **X** Yes ___No   Motions Due: **11/23/2020**

    ___ has been processed by US Marshal.
    **X** has not been processed by US Marshal, but has been advised to be processed.

*Rule 16 Recept to be filed within 14 Days*

s/Lisa Pupo Lenihan
United States Magistrate Judge

cc: Judge **Hornak**.

The Defendant agreed to participate in the arraignment via video

f:\wpdocs\order.fxc\armt_94.____