IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-94 |
| | ) | **UNDER SEAL** |
| JUSTIN SEAN JOHNSON | ) | |
| a/k/a TDS | ) | |
| a/k/a DS | ) | |

### ARRAIGNMENT PLEA

Defendant Justin Sean Johnson

being arraigned, pleads __NOT GUILTY__

in open Court this __9th__ day of

__October__, 2020.

__Justin Sean Johnson__ s/JPJ
(Defendant's Signature)

__Nicola Henry-Taylor__ s/JPJ
(Attorney for Defendant)