# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Criminal No. 2:20-cr-00094 |
| | ) | |
| JUSTIN SEAN JOHNSON | ) | |

## ORDER OF COURT

**AND NOW**, this 9th day of October, 2020, upon consideration of the Oral Motion for Extension of Time to File Pretrial Motions, it is hereby **ORDERED, ADJUDGED AND DECREED** that said motion be and the same hereby is, **GRANTED**;

**IT IS FURTHER ORDERED** that the extension of time caused by this continuance (**October 9, 2020 through November 23, 2020**) be deemed excludable delay under the Speedy Trial Act 18 U.S.C. § 3161 et seq. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161(h)(7)(a), since, for the reasons stated in defendant's motion, the failure to grant such a continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** that any pretrial motions referred to in Local Criminal Rule 12 are due on or before **November 23, 2020.**

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
U.S. MAGISTRATE JUDGE