IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-94 |
| | ) | |
| JUSTIN SEAN JOHNSON | ) | |

## RECEIPT FOR LOCAL CRIMINAL RULE 16 MATERIAL

The following materials are provided to you pursuant to Local Criminal Rule 16 of the Local Rules of Court for the United States District Court of Western Pennsylvania:

1. Relevant written or recorded statements or confessions of the defendant. Specify:

   **None.**

2. Grand Jury testimony of the defendant. Specify:

   **None.**

3. Defendant's prior criminal record attached.

   ☒ Yes ☐ No

4. At a time convenient to all parties, the attorney for the defendant will be permitted to inspect and copy all tangible objects, books, papers, documents, buildings or places which are in the possession, custody or control of the government and (a) are material to preparation of defendant's defense, (b) are intended for use by the government as evidence in chief at trial, or (c) were obtained from or belong to the defendant.

   **See attached list of discovery material available for inspection dated September 22, 2020, by the defendant prepared by investigators from the IRS and USSS. The government's Rule 16 material is extensive. Materials generally include the government's investigation in this case and related cases, and includes returns and records from grand jury subpoena requests, financial institutions, ECPA 2703(d) orders, search warrants of physical locations and social media, and results of forensic examination of electronic devices.**

   Reports of relevant physical or mental examinations and scientific tests. Specify:

   **Electronic devices were seized from the defendant at the time of arrest. These devices are presently being forensically examined, the results of which will be made available**

to the defendant upon completion. **Additionally, the government is in possession of forensic examination results of electronic devices in related cases.**

5. As set forth in applicable case authority, counsel for the government recognizes his/her obligation to seek all evidence favorable to the defendant which is known to the others acting on the government's behalf in this case, and will timely disclose known, material, favorable evidence in a manner which accords due process to the defendant.  The following exculpatory material is being disclosed at this time:

**The United States is presently unaware of any <u>Brady</u> exculpatory material.**

Respectfully submitted,

SCOTT W. BRADY
United States Attorney


*/s/ Gregory C. Melucci*
GREGORY C. MELUCCI
Assistant U.S. Attorney

<u>**October 9, 2020**</u>
Date


Receipt acknowledged by:

Counsel for Defendant

10/09/20
Date

Original to Magistrate
Copy for Defendant and USA