IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:20-cr-00094-MRH |
| v. | |
| JUSTIN SEAN JOHNSON | |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

Filed on Behalf of:
*Justin Sean Johnson*

<u>Counsel of Record for this Party:</u>

Nicola Henry-Taylor, Esq.
PA I.D. No. 79226

HENRY-TAYLOR LAW, P.C.
Fort Pitt Commons
445 Fort Pitt Blvd.
Suite 250
Pittsburgh, PA 15219
Phone: (412) 275-0220
Fax:      (412) 275-0086
Nicola@henry-taylorlaw.com

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:20-cr-00094-MRH |
| v. | |
| JUSTIN SEAN JOHNSON | |

## SECOND MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

AND NOW, comes the Defendant, Justin Sean Johnson, by and through his attorney, Nicola Henry-Taylor, Esquire, and respectfully moves this Honorable Court for an extension of time to file Pretrial Motions and in support thereof avers as follows:

1. Counsel was appointed to represent Justin Sean Johnson in the above-referenced docket on June 25, 2020.

2. Counsel seeks a ninety (90) day extension of time to file Pretrial Motions in order to continue discovery review, consult with the defendant, and meet with AUSA Melucci.

3. The time requested is necessary to serve the interest of justice by allowing counsel to review all evidence and prepare for trial.

4. The period of continuance is excluded from the computation of the time for the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A); (B) (i) and (iv).

5. AUSA Melucci has consented to Defendant's Second Motion for Extension of Time to File Pretrial Motions via e-mail.

**WHEREFORE**, the defendant, Justin Sean Johnson, respectfully requests this Honorable Court extend the time to file Pretrial Motions for ninety (90) days or until a time period deemed appropriate by the Court, for the reasons stated herein.

Respectfully submitted:

November 23, 2020
Date

*/s/ Nicola Henry-Taylor*
Nicola Henry-Taylor, Esq.
PA ID Number 79226
HENRY-TAYLOR LAW, PC
Fort Pitt Commons
445 Fort Pitt Blvd.
Suite 250
Pittsburgh, PA 15219
Phone: (412) 275-0220
Fax:    (412) 275-0086
Nicola@henry-taylorlaw.com

Counsel for defendant,
Justin Sean Johnson