IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:20-cr-00094-MRH |
| JUSTIN SEAN JOHNSON | |

## ORDER OF COURT

AND NOW, to wit, this 23rd day of November 2020, upon consideration of the within Second Motion for Extension of Time to File Pretrial Motions, it is hereby ordered that said motion is GRANTED.  The time for filling pretrial motions on behalf of the Defendant, Justin Sean Johnson, is hereby extended and shall be due on or before February 22, 2021.

This court makes the finding that the ends of justice are served by taking such action and outweigh the best interest of the public and the defendant in obtaining a speedy trial because defendant's counsel has informed the Court of her need to review and prepare for trial.  The period of continuance shall be excluded from computation of time for the Speedy Trial Act, pursuant to 18 U.S.C §§ 3161 (h) (7)(A); (B) (i) and (iv).

BY THE COURT:

s/ Mark R. Hornak                              J.
The Honorable Mark R. Hornak
United States District Judge