# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 20-94 |
| ) | ELECTRONICALLY FILED |
| v. ) | |
| ) | |
| JUSTIN SEAN JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

And now, this 17th day of May, 2021, upon due consideration of the instant Motion to Conduct Change of Plea Hearing By Videoconference (doc. no. 26), and upon the request and consent of the Defendant, the Court finds and concludes that, for the reasons stated in the Motion, the Change of Plea Hearing in this case cannot be further delayed without substantial harm to the interests of justice. Therefore, Defendant's Change of Plea Hearing shall be conducted via videoconference and will occur on May 20, 2021 at 9:30 a.m. The instructions to connect to the change of plea hearing by video will be distributed via email to all counsel of record prior to the hearing. The Court has made arrangements with the detention center for the defendant to appear by video.

SO ORDERED this 17th day of  May , 2021.

*/s/* Mark R. Hornak
Honorable Mark R. Hornak
United States District Judge

cc: All ECF registered counsel of record