# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 2:20-cr-00094-1 |
| | ) | |
| JUSTIN SEAN JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

Hearing Type:  Change of Plea Hearing (Via Video Conference)
Date:  May 20, 2021
Before:  Chief Judge Mark R. Hornak

| AUSA | Gregory C. Melucci |
|---|---|
| Counsel for Defendant | Nicola Henry-Taylor |
| Court Reporter | Barbara Loch |
| Deputy Clerk/Law Clerk | Brian D. Babik/Molly C. Prindle |
| Start time | 9:30 AM |
| End time | 10:53 AM |

**SUMMARY OF PROCEEDINGS:**

DEFENDANT PRESENT VIA ZOOM VIDEO CONFERENCE

The Defendant pleads guilty to Counts 1 and 39 of the Indictment.
The Court accepts guilty plea.
The Court adjudicates the Defendant guilty.
PSI Ordered.
Sentencing to be set by further Order of Court.