IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIM. NO. |
| | ) | |
| | ) | |
| | ) | |

**<u>ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING</u>**

In accordance with Administrative Order 20-mc-466, this Court finds:

\_\_\_\_\_ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

\_\_\_\_\_ Video Teleconferencing

\_\_\_\_\_ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    \_\_\_\_\_ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    \_\_\_\_\_ Other:

_____

_____

Date: _____                    _____