IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

2:20-cr-94

JUSTIN SEAN JOHNSON,

Defendant.

## CHANGE OF PLEA

AND NOW, the defendant in the above entitled case hereby withdraws his plea of not guilty and now pleads guilty to Count 1 and Count 39 of the Indictment in open court this 20th day of May, 2021.

_____
(Defendant's Signature)

_____
(Attorney for Defendant's Signature)