IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:20-cr-00094-MRH |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JUSTIN SEAN JOHNSON | ) | |

**MOTION FOR EXTENSION OF TIME FOR ADMINISTRATIVE RESOLUTION OF DRAFT PRESENTENCE INVESTIGATION REPORT**

**ORDER OF COURT**

AND NOW, to wit, this _____ day of August 2021, upon consideration of the within Motion for Extension of Time for Administrative Resolution of Draft Presentence Investigation Report, it is hereby ordered that said motion is GRANTED. The Administrative Resolution deadline is hereby extended until _____.

All corresponding presentence deadlines are hereby extended. Final Presentence Investigation Report due by _____. Position with Respect to Sentencing Factors due by _____. Responses to Objections and Positions due by _____. Presentence Report Addendum due by _____. Supplemental Information or Memorandum with Respect to Sentencing due by _____. Sentencing is scheduled for _____ at _____ in Courtroom 6A before Chief Judge Mark R. Hornak.

BY THE COURT:

_____J.
The Honorable Mark R. Hornak