IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                                   No. 2:20-cr-00094-MRH

v.

JUSTIN SEAN JOHNSON

## **DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS**

AND NOW, comes the Defendant, Justin Sean Johnson, by and through his attorney, Nicola Henry-Taylor, Esq., and respectfully submits the following Position with Respect to Sentencing Factors:

1. Undersigned counsel has reviewed the Final Pre-Sentence Report (PSR) with Mr. Johnson.

2. Undersigned counsel has conferred with United States Probation Officer Specialist, Erin Stewart, and Assistant United States Attorney, Gregory Melucci, in a good faith effort to administratively resolve any disputed matters regarding the contents of the PSR.

3. Upon review of the Final PSR and upon conclusion of the administrative resolution, Mr. Johnson has no formal objections.

4. Mr. Johnson would like to note, however, that the note referred to in paragraph thirty (30) was written on May 31, 2012, prior to the offense dates listed in the Indictment and Indictment Memorandum.

                                                      Respectfully submitted:

September 21, 2021                                   */s/ Nicola Henry-Taylor*
Date                                                 Nicola Henry-Taylor, Esq.
                                                      PA ID No. 79226
                                                      HENRY-TAYLOR LAW, PC

445 Fort Pitt Blvd., Suite 250
Pittsburgh, PA 15219
Phone: (412) 275-0220
Nicola@henry-taylorlaw.com