IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 20-94 |
| ) | |
| JUSTIN SEAN JOHNSON ) | |

### GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Gregory C. Melucci, Assistant United States Attorney for said District, submitting as follows:

Government counsel has received and reviewed the contents of the Presentence Investigation Report for the above-captioned case. Government counsel has no objections or requests for modification to the Presentence Investigation Report.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

/s/ Gregory C. Melucci
GREGORY C. MELUCCI
Assistant United States Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 644-3500 (Phone)
(412) 644-4549 (Fax)
Gregory.Melucci@usdoj.gov
PA ID No. 56777