IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-94 |
| JUSTIN SEAN JOHNSON | |

## MOTION FOR EXTENSION

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Gregory C. Melucci, Assistant United States Attorney in and for said District, and submits the following Motion for Extension of Time and in support thereof sets forth the following:

1. The Government's Sentencing Memorandum is due on or before October 5, 2021.

2. The government respectfully requests a 3-day extension to file its Sentencing Memorandum, until Friday, October 8th, 2021.

3. Counsel for the defendant, Nicola Henry-Taylor, Esquire, has no objection to this extension.

WHEREFORE, the United States respectfully requests that This Honorable Court enter an order permitting the government to file its Sentencing Memorandum no later than October 8, 2021.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

/s/ Gregory C. Melucci
GREGORY C. MELUCCI
Assistant U.S. Attorney
PA ID No. 56777