IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-94 |
| JUSTIN SEAN JOHNSON | |

**O R D E R**

AND NOW, this _____ day of _____, 2021, upon due consideration of the motion by the United States for Extension of Time to file Sentencing Memorandum, IT IS HEREBY ORDERED that the motion is GRANTED, and that the government's Sentencing Memorandum shall be filed on or before October 8, 2021.

_____
MARK R. HORNAK
Chief, United States District Judge