IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                                      Criminal No. 20-94

JUSTIN SEAN JOHNSON


**GOVERNMENT'S MOTION FOR UPWARD DEPARTURE/VARIANCE PURSUANT**

**TO USSG SECTION 5K2.0 and 18 U.S.C. Sec. 3553(b)(1)**

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman,

Acting United States Attorney for the Western District of Pennsylvania, and Gregory C. Melucci,

Assistant United States Attorney for said district, and respectfully files this motion for an Upward

Departure/Variance Pursuant to USSG Section 5K2.0 based on the following:

1)      The PSR in the above case calculates a USSG sentence for Count One of 46-57

months incarceration after a 3-level adjustment of acceptance of responsibility. See PSR para. 91.

2)      Additionally, the Court must impose a sentence of 24 months incarceration at Count

39, which, by statute, must be served consecutively to the sentence at Count One.

3)      The United States' Sentencing Memorandum asks the Court to impose a sentence

as to Count One which exceeds 57 months.

4)      For the reasons set forth in the Offense Conduct section of the PSR, and the United

States' Sentencing Memorandum (incorporated herein), the United States seeks an upward

departure or variance from the Guideline Range under Count One, specifically, circumstances not

adequately taken into consideration by the guidelines, eg, the number of victims of the ID theft

under 2B1.1(b)(2).  Additionally, under USSG 5K2.21 and 18 U.S.C. Sec. 3553(b)(1), the Court

may depart or vary upward based upon the actual seriousness of the offense due to uncharged

conduct connected to the Defendant's hack of other institutions, as well as the potential higher

statutory maximum sentence for dismissed charges, eg, wire fraud and aggravated ID theft which were not sought as part of the plea agreement.

WHEREFORE, the United States respectfully requests that this Honorable Court grant this motion.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney


s/ *Gregory C. Melucci*
GREGORY C. MELUCCI
Assistant U.S. Attorney
U.S. Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
PA ID No. 56777