IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-94 |
| JUSTIN SEAN JOHNSON | |

### ORDER

AND NOW, to wit, this _____ day of October, 2021, upon due consideration of the motion by the United States for an Upward Departure/Variance Pursuant to USSG Section 5K2.0, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

_____
THE HONORABLE MARK R. HORNAK
CHIEF UNITED STATES DISTRICT JUDGE

cc:    United States Attorney