# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 2:20-cr-00094-1 |
| | ) | |
| JUSTIN SEAN JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

Hearing Type:  Sentencing Hearing (Via Video Conference)
Date:   October 15, 2021
Before:   Chief Judge Mark R. Hornak

| | |
|---|---|
| AUSA | Gregory C. Melucci |
| Counsel for Defendant | Nicola Henry-Taylor |
| Probation Officer | Erin Stewart |
| Court Reporter | Sharon Siatkowski |
| Deputy Clerk/Law Clerk | Brian D. Babik/Madeleine L. Dolan |
| Start time | 9:37 AM |
| End time | 11:43 AM |

**SUMMARY OF PROCEEDINGS:**

DEFENDANT PRESENT VIA ZOOM VIDEO CONFERENCE

The Defendant is sentenced to a term of imprisonment of 60 months at Count 1 and 24 months at Count 39. The sentence at Count 39 shall run consecutive to the sentence at Count 1.   Following the term of imprisonment, the Defendant shall serve a term of supervised release of 3 years at Count 1 and 1 year at Count 39. The terms of supervision shall run concurrent with one another. A mandatory special assessment of $300.00 is imposed. A fine is waived for inability to pay.   Restitution held open for a period of 90 days. Counts 2-38 and 40-43 are dismissed on the Motion of the United States.