IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )    CRIM. NO.<br>)<br>)<br>) | |

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Administrative Order 20-mc-466, this Court finds:

\_\_\_\_\_ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

\_\_\_\_\_ Video Teleconferencing

\_\_\_\_\_ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

   \_\_\_\_\_ The Defendant (or the Juvenile) is detained at a facility lacking video
    teleconferencing capability.

   \_\_\_\_\_ Other:

_____

_____


Date:                                                    _____