IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   2:20-cr-00094-1 |
| | ) |
| JUSTIN SEAN JOHNSON, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF COURT**

AND NOW, this 15th day of October 2021, after a Sentencing Hearing having been held on THIS DATE, and with the Defendant present at said hearing, and for the reasons as stated on the record at said hearing, it is hereby ORDERED that the Court will hold the determination of restitution open in this matter for a period of ninety (90) Days. It is further ORDERED that within forty-five (45) days of the date if this Order, counsel for the Government shall file a memorandum regarding the open restitution matter. Counsel for the Defendant shall have fourteen (14) days thereafter to file a response.

_____
Mark R. Hornak
Chief United States District Judge

cc:   All counsel of record