IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-94 |
| JUSTIN SEAN JOHNSON | |

## STIPULATION ON RESTITUTION

AND NOW comes the United States of America by Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, Gregory C. Melucci, Assistant U.S. Attorney, for said district, and Nicola Henry Taylor, Esquire, counsel for the defendant, hereby submit the following agreement on restitution:

The parties stipulate that restitution in this matter is $987,090.00, jointly and severally with other conspirators Joaquin Manuel Padilla Soler (Cr. No. 15-144), and Maritza Soler Nodarse (Cr. No. 15-142), payable to the Internal Revenue Service, payable in installments of 10% of the Defendant's gross monthly income.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

/s/ Gregory C. Melucci
GREGORY C. MELUCCI
Assistant U.S. Attorney
PA ID No. 56777