IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:20-cr-00094-MRH |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN SEAN JOHNSON | ) | |

**MOTION TO WITHDRAW AS ATTORNEY**

AND NOW, comes Nicola Henry-Taylor, Esquire, and respectfully submits this Motion to Withdraw as Attorney.

1. Undersigned counsel was appointed to represent Mr. Johnson under provisions of the Criminal Justice Act on June 25, 2020.

2. Mr. Johnson's Sentencing Hearing was held on October 15, 2021 followed by an Imposition of Judgment.

3. Undersigned counsel seeks to withdraw from this case as she has been elected to serve as Judge for the Allegheny County Court of Common Pleas and therefore will no longer be able to serve as counsel.

**WHEREFORE**, for the foregoing reasons, Nicola Henry-Taylor, Esquire respectfully requests that this Honorable Court enter an order granting the withdrawal of my representation. A proposed order is attached hereto.

Respectfully submitted:

December 21, 2021     */s/ Nicola Henry-Taylor*
Date     Nicola Henry-Taylor, Esq.
     PA ID No. 79226

HENRY-TAYLOR LAW, PC
Fort Pitt Commons
445 Fort Pitt Blvd., Suite 250
Pittsburgh, PA  15219
Phone: (412) 275-0220
Fax: (412) 275-0086
Nicola@henry-taylorlaw.com


Counsel for Defendant,
Justin Sean Johnson