IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:20-cr-00094-MRH |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN SEAN JOHNSON | ) | |

**ORDER OF COURT**

AND NOW, to wit, this _____ day of December 2021, upon consideration of the within Motion to Withdraw as Attorney, it is hereby ordered that said motion is GRANTED.

The appearance of Nicola Henry-Taylor, Esquire, on behalf of Justin Sean Johnson in the above-captioned matter is hereby withdrawn.

BY THE COURT:

_____J.
The Honorable Mark R. Hornak
United States District Judge