IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:20-cr-00094-MRH |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN SEAN JOHNSON | ) | |

**ORDER OF COURT**

AND NOW, to wit, this 21st day of December 2021, upon consideration of the within Motion to Withdraw as Attorney, it is hereby ordered that said motion is GRANTED.

The appearance of Nicola Henry-Taylor, Esquire, on behalf of Justin Sean Johnson in the above-captioned matter is hereby withdrawn.

BY THE COURT:

_____ J.
The Honorable Mark R. Hornak
United States District Judge