Justin Johnson 58290-039
Federal Correctional Institution Loretto
Po Box 1000
Cresson PA 16650

⇔58290-039⇔
Pa W Dist Us District Court
700 Grant ST
Suite 3110
Pittsburgh, PA 15219
United States

