IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN SEAN JOHNSON | Criminal No. 20-94<br>Civil No. 22-1496 |

## APPEARANCE OF COUNSEL

NOTICE is hereby given that Ross E. Lenhardt, Assistant United States Attorney, is counsel of record for the government in the above criminal action.

Respectfully submitted,

CINDY K. CHUNG
United States Attorney


s/ *Ross E. Lenhardt*
ROSS E. LENHARDT
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
PA ID No. 53627