IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                          Criminal No. 20-94

JUSTIN SEAN JOHNSON

## MOTION FOR EXTENSION OF TIME

AND NOW comes the United States of America, by its attorneys, Cindy K Chung, United States Attorney for the Western District of Pennsylvania, and Ross E. Lenhardt, Assistant United States Attorney for said District, and submits the following in support of a Motion for Extension of Time:

1.      On October 25, 2022, Defendant Johnson filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. No. 63).

2.      This Court entered an Order requiring the government to file its response to Johnson's Motion on or before November 18, 2022.

3.      By this pleading, the government seeks a 5-day extension, until November 23, 2022, within which to respond to Johnson's motion.  The government has reviewed Johnson's motion, obtained the necessary documents and information, researched the legal issues involved and is drafting a response.  Although that draft is expected to be completed on November 18, 2022, additional time will be needed in order for supervisory personnel within the United States Attorney's Office to review that draft filing and for any necessary modifications to be considered and included within a final response.

4.      A copy of this filing will be mailed to the *pro se* defendant.

WHEREFORE, the United States respectfully requests that the Court enter an order permitting the government to file its response to Johnson's Motion on or before November 23, 2022.

Respectfully submitted,

CINDY K. CHUNG
United States Attorney


s/ *Ross E. Lenhardt*
ROSS E. LENHARDT
Assistant U.S. Attorney
PA ID No. 53627