IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-94 |
| JUSTIN SEAN JOHNSON | |

**O R D E R**

AND NOW, this ____ day of _____, 2022, upon due consideration of the Motion by the United States for Extension of Time to file a response to defendant's motion, IT IS HEREBY ORDERED that the motion is GRANTED, and that the government's response shall be filed on or before November 23, 2022.

_____
MARK R. HORNAK
Chief United States District Judge

Cc: Pro Se Defendant