## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2022, a true copy of the within Motion for Extension of Time and Proposed Order were mailed to the following address:

>Justin Sean Johnson, Reg. No. 58290-039
>FCI Loretto Satellite Camp
>P.O. Box 1000
>Cresson, PA 16630

>/s/ Ross E. Lenhardt
>ROSS E. LENHARDT
>Assistant U.S. Attorney