IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 2:20-cr-94 |
| | ) | |
| JUSTIN SEAN JOHNSON, | ) | |
| Defendant. | ) | |

## ORDER APPOINTING COUNSEL

AND NOW, this 3rd day of January 2023, the Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive his right to the appointment of counsel, attorney Chris Rand Eyster is appointed as CJA counsel for defendant Justin Sean Johnson pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §3006A.

This appointment is effective January 3, 2023.

s/ Mark R. Hornak
Chief United States District Judge